UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 1:24-cr-23-LM-AJ-01 |
| v. | ) |
| | ) |
| MARC FLORE, | ) |
| Defendant | ) |

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

[18 U.S.C. 1365(a)(4) – Tampering with a Consumer Product]

On or between September 19, 2022 and March 17, 2023, in the District of New Hampshire, the defendant,

**MARC FLORE**,

with reckless disregard for the risk that another person would be placed in danger of bodily injury, and under circumstances manifesting extreme indifference to such risk, tampered with consumer products that affected interstate commerce, specifically ice cream, in that Marc Flore laced a batch of coffee-Oreo flavored ice cream with tetrahydrocannabinol (THC), a schedule I controlled drug, and stored the THC-laced ice cream with other batches of ice cream in a freezer at the Roots Café where the ice cream was then sold to public consumers.

All in violation of Title 18, United States Code, Section 1365(a)(4).

A TRUE BILL

Dated:  February 28, 2024

/s/ Foreperson
Foreperson of the Grand Jury

JAY MCCORMACK

Attorney for the United States
Acting under authority conferred
by 28 U.S.C. § 515

By: /s/ Geoffrey W.R. Ward
    Geoffrey W.R. Ward
    Assistant United States Attorney